Theodore E. Newberry
(Name)
P.O. Box 931
(Address)
Imperial, CA. 92251
(City, State, Zip)
T-87891
(CDC Inmate No.)

| 2254 | 1983 ✓ |
| --- | --- |
| FILING FEE PAID | |
| Yes | No ✓ |
| IFP MOTION FILED | |
| Yes ✓ | No |
| COPIES SENT TO | |
| Court ✓ | ProSe |

FILED

2008 MAR 24 PM 4:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _RM_ _____DEPUTY

# United States District Court
## Southern District of California

THEODORE E. NEWBERRY ,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

        v.

N. BARRERAS, M.D. ,
D. KHATRI, M.D., _____ ,
ET. AL. _____ ,
_____ ,
(Enter full name of each defendant in this action.)

                        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**08 CV 0552 L PCL**
Civil Case No. _____
(To be supplied by Court Clerk)

**Complaint Under the
Civil Rights Act
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, __Theodore E.__
                                                        (print Plaintiff's name)
__Newberry__ , who presently resides at Centinela State Prison (CEN)
                                        (mailing address or place of confinement)
P.O. Box 931, Imperial, CA. 92251 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at __Centinela__
__State Prison, Imperial, CA.__ on (dates) __February 11, 2005 to present__
(institution/place where violation occurred)          (Count 1)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ___N. Barreras, M.D.___ resides in ___Centinela State Prison___,
                   (name)                                    (County of residence)
and is employed as a ___Chief Medical Officer___. This defendant is sued in
                                (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ___As Chief Medical Officer of Centinela State Prison, this___
___defendant has an affirmative duty to administer to Plaintiff's serious medical___
___needs, the omission subjected Plaintiff to extreme pain and suffering.___.

Defendant ___D. Khatri, M.D.___ resides in ___Centinela State Prison___,
                   (name)                                    (County of residence)
and is employed as a ___Chief Physician___. This defendant is sued in
                                (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ___As Chief Physician of Centinela State Prison, this defendant___
___has an affirmative duty to administer to Plaintiff's serious medical needs, the___
___omission subjected Plaintiff to extreme pain and suffering.___.

Defendant _____ resides in _____,
                          (name)                                    (County of residence)
and is employed as a _____. This defendant is sued in
                                (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

_____.

Defendant _____ resides in _____,
                          (name)                                    (County of residence)
and is employed as a _____. This defendant is sued in
                                (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

_____.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>RIGHT TO MEDICAL CARE AND</u>

(E.g., right to medical care, access to courts,

<u>FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT.</u>

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

1)    Plaintiff, Theodore E. Newberry ("Plaintiff"), suffered felony conviction on January 30, 2003, in the Yuba County Superior Court.

2)    On April 1, 2003, Plaintiff was sentenced pursuant to that felony conviction to a term of imprisonment in the custody of the California Department of Corrections and Rehabilitation ("CDCR").

3)    On April 6, 2003, Plaintiff was delivered into the custody of the Secretary of CDCR at the Reception Center at Deuel Vocational Institute at Tracy, CA. ("Tracy").

4)    On June 11, 2003, Plaintiff was transferred from Tracy reception center to Mule Creek State Prison ("Mule Creek").

5)    While at Mule Creek, Plaintiff developed, complained of, and requested medical attention for recurrent severe side, lower stomach and/or lower back pain, urinary track infections ("UTI"), and blood in his urine.

6)    It was determined by CDCR and/or outside private practice contract doctors while at Mule Creek, that Plaintiff suffered kidney stone related problems and procedures had been scheduled for the removal of those kidney stones.

7)    On February 11, 2005, prior to the scheduled kidney stone removal, Plaintiff was transferred from Mule Creek to Centinela State Prison ("CEN").

(Continued on page 3(a).)

3

8)   After Plaintiff's transfer to CEN, he continued to suffer from, complained of, and requested medical attention for his recurring severe side, lower stomach and/or lower back pain, and frequent UTIs and blood in his urine.

9)   After having previousely complained of lower back pain and possible UTI and requesting medical attention, on January 24, 2006 Plaintiff was seen by CDCR doctor Thornton at CEN's Facility D ("D Clinic"). Dr. Thornton examined Plaintiff and ordered blood and urine tests taken, and that Plaintiff be seen by an outside urologist.(**Exhibit ("EX") A, pg. 1 & 2.**)

10)   Arrangements were made by CEN Medical and/or Custody staff in accordance with CDCR doctor Thornton's orders and on March 6, 2006 Plaintiff was taken out to El Centro Regional Medical Center ("ECRMC") in El Centro, CA. where Plaintiff was seen by outside urologist, Dr. Walters. Dr. Walters examined Plaintiff, again took x-rays and another urine sample, and told plaintiff that he would be taking care of Plaintiff's kidney stones as soon as he got the x-ray and test results.(**EX. A, pg. 3.**)

11)   Between the time Plaintiff saw CDCR doctor Thornton on January 24th and his seeing the outside urologist Walters, Plaintiff had to twice more request medical attention for "bad" side pain, and back pain and blood in his urine.(**Ex. A, pg. 4 & 5.**)

12)   On February 7, 2006, Plaintiff was seen by a CDCR D Clinic doctor regarding his February 2d request, and again on February 28, 2006 regarding his February 22d request. Both of those visits were with a different CDCR doctor, a Dr. Esperanza, than Plaintiff had seen before(**Ex. A, pg. 5-8.**)

13)   On Plaintiff's first visit with CDCR doctor Esperanza on February 7th, Dr. Esperanza ordered more x-rays of Plaintiff's abdomen and kidneys be taken and a urine sample for a culture. On Plaintiff's second visit with CDCR doctor Esperanza on February 28th, Dr. Esperanza ordered another urine sample taken, this time for a complete urinalysis.(**Ex. A, pg. 5-8.**)

14)   Also during that February 28th visit with CDCR doctor Esperanza, Dr. Esperanza advised Plaintiff that the urine culture he had ordered February 7th showed no infection, but the x-rays revealed that Plaintiff had two stones, one suspected to be in his right kidney, and the other suspected to be in his urinary track between Plaintiff's right kidney and his bladder, and that the radiologist's report, by CEN's CDCR doctor Johnson, recommended that Plaintiff have an Intravenous pyelogram ("IVP") or Urogram to confirm the stones' placement.(**Ex. A, pg. 6 & 7.**)

15)   On March 10, 2006, CDCR doctor Esperanza received and reviewed the results of the "complete urinalysis" he had ordered

on his second visit with Plaintiff on February 28th. The urinalysis showed Plaintiff to suffer abnormal kidney function and blood in his urine.(Ex. A, pg. 8.)

16)  On April 4, 2006, Plaintiff was sent to CEN's main medical treatment facility, Centeral Treatment Center ("CTC") where he was seen by CEN's Chief Physician, CDCR doctor Khatri, regarding Plaintiff's kidney stone treatment. Chief Physician Khatri ordered an appointment be made for Plaintiff with an outside doctor for the IVP/Urogram CEN's radiologist Jhonson had recommended. Dr. Khatri also order an appointment for a lithrotripsy, removal of the stones, if warrented.(Ex. A, pg. 9.)

17)  Arrangements were made by CEN medical and/or custody staff according to Chief Physician Khatri's orders and on May 11, 2006 Plaintiff was again taken out to see an outside specialest regarding his kidney stones. This time he was taken to Pioneer Hospital in Brawley, CA. where he was seen by a Dr. Abramowitz, a Physician and Surgeon, who noted Plaintiff's "obstructed right kidney." Dr. Abramowitz took another urine sample from Plaintiff, checked his prostrate, and again recommended a VIP/Urogram. Dr. Abramowitz further told Plaintiff that he would take care of Plaintiff's stones after the IVP/urogram was done, and ordered Plaintiff's return in two weeks.(Ex. A, pg. 10.)

18)  On April 21, 2006, Plaintiff had to again request medical attention because he was again suffering back pain and again suspected another bladder infection. Plaintiff was seen this time by D Clinic's Registered Nurse ("RN") who found Plaintiff's current condition to warrent "urgent" attention, and sending him immediately to see a doctor at CEN's CTC. Plaintiff was taken to CEN's CTC where he was seen by the attending CDCR doctor, a Dr. Walia. Dr. Walia noted Plaintiff's present condiction, his history of kidney stones and urinary track infections, and again ordered another urine sample taken for another complete urinalysis.(Ex. A, pg. 11 & 12.)

19)  On or about May 5, 2006, CDCR doctor Walia received and reviewed the test results on the "complete urinalysis" he had ordered on April 21st. The urinalysis results again showed Plaintiff to have abnormal kidney function, blood in his urine, and evidence of an urinary infection.(Ex. A, pg. 13 & 14.)

20)  On May 17, 2006, CEN's Chief Physician Khatri called outside urologist Walters' office for an appointment for Plaintiff to have the IVP/Urogram done. An appointment was scheduled for June 23, 2006. Subsequently, on May 26, 2006 that appointment was canceled and Dr. Khatri ordered a CT of Plaintiff's abdomen and more blood tests taken.(Ex. A, pg. 15 & 16.)

21)  On June 5, 2006, CEN's Chief Physician Khatri received and reviewed the test results on the tests he had ordered on May 5th. Those test results again showed Plaintiff to have abnormal kidney function.(Ex. A, pg. 17 & 18.)

22)    Arrangements were again made by CEN medical and/or custody
staff according to CEN's Chief Physician Khatri's May 7th orders
and on June 6, 2006 Plaintiff was again taken to Pioneer Hospital
in Brawley, CA. where he saw Dr. Abramowitz, Physician and Surgeon,
again. Dr. Abramowitz noted that the requested IVP/Urogram had
not been done yet so advised Plaintiff that he would be brought
back in two weeks for laser lithrotripsy, when the IVP/Urogram
had been done.(Ex. A, pg. 19.)

23)    On June 12, 2006, Plaintiff was again taken out to ECRMC
where he was again seen by outside urologist Walters who preformed
both the IVP/Urogram and a Retrograde Pyelogram.(Ex. A, pg.
20-23.)

24)    After outside urologist Walters preformed the IVP/Urogram
and retrograde pyelogram, Plaintiff never returned to see Dr.
Walters again.

25)    On or about June 23, 2006, CEN's Chief Physician Khatri
received and reviewed the reports on the IVP and Pyelogram done
by Dr. Walters on June 12th. The IVP/Urogram confirmed Plaintiff's
stones in his right kidney and right pelvic area. The retrograde
pyelogram also confirmed the two stones.(Ex. A, pg.22 & 23.)

26)    On June 26, 2006, Plaintiff was again taken out to see
outside physician and surgeon, Abramowitz for the lithrotripsy,
removal of the stones. This time Dr. Abramowitz told Plaintiff
that he was still awaiting the test results and that because
he was going on vacation, he would take care of the stone removal
when he returned.(Ex. A, pg. 24.)

27)    After that June 26th visit with Dr. Abramowitz, Plaintiff
never went back to see Dr. Abramowitz again nor was his kidney
stones ever removed.

28)    Between Plaintiff's last visit with outside Physician and
Surgeon Abramowitz on June 26, 2006 and the next contact with another
outside doctor on June 13, 2007, Plaintiff unprompted and unassisted
passed four small stones on his own, each on a different occasion.
Although Plaintiff had passed the four small stones, he still
retained the two large stones and continued to suffer the same
kidney related pain and problems, complained of those same problems
to CEN Medical Staff, and was seen by numerous CDCR doctors
who continued to reorder more of the same tests Plaintiff had
previously taken many times before.(Ex. A, pg. 24-33.)

29)    It was not untill June 13, 2007, that plaintiff was again
taken out to Pioneer Hospital in Brawley, CA. to see yet another
radiologist. This time Plaintiff was seen by a Dr. Cope for
a "retrograde studies" of Plaintiff's urinary track. This retrograde
study was ordered by CEN's Chief Physician Khatri and whowed
a normal anterior and posterior urethra.(Ex. A, pg.34-36.)

3(c)

30)  On June 19, 2007, Plaintiff was seen by yet another outside
doctor, a Dr. Mosley, another urologist. This time Plaintiff
saw Dr. Mosley at CEN's Urology Clinic. Dr. Mosley examined
Plaintiff and noted that Plaintiff had passed four small stones
two weeks earlier. Dr. Mosley ordered yet another IVP/Urogram
and even more uralysis and chemistry tests and told Plaintiff
that as soon as the IVP/Urogram and test results come back and
if warrented, he would preform the lithrotripsy.(Ex. A, pg.38.)

31)  Also on June 19th, 2007, Plaintiff begin a number of
Inmate Appeals in an attempt to correct the deficiencies in
the lack and/or quality of treatment he was receiving in regard
to his pain and suffering.(See Ex. B.)

32)  On or about July 6, 2007, Dr. Mosley received and reviewed
the results of the blood and urine tests ordered along with
the urogram/IVP on June 19th, and the chemistry and uralysis
results again showed Plaintiff to have abnormal kidney function
and blood in his urine.(Ex. A, pg. 39 & 40.)

33)  Between the time Plaintiff saw Dr. Mosley on June 19th
and Mosley's receipt of the test results, on or about June 26,
2007, again suffering "bad pain in his stomach" and another
possible "UTI". Plaintiff again requested medical attention
from CEN medical Staff at D Clinic and was again seen by yet
another CDCR doctor on June 28, 2007.(Ex. A, pg. 41.)

34)  Again suffering bad pain and another suspected UTI and
again requesting medical attention, on August 3, 2007 Plaintiff
was seen by yet another of CEN's CDCR doctors, a Dr. Vu. Dr.
Vu again examined Plaintiff, noted his history of "recurrent
UTI due to chronic kidney stones" and kidney "insufficiency,"
again ordered more blood and urines tests.(Ex. A, pg. 42.)

35)  On October 15, 2007, the urogram ordered by outside urologist
Mosley on June 19th was completed. The results were again abnormal.
(Ex. B, pg. 1.)

36)  On October 21, 2007, Plaintiff was again seen by yet another
CDCR doctor, a Dr. Tetteh, regarding Plaintiff's kidney problems.
Dr. Tetteh ordered a routine nephrology and ultrasound which
at the time of this filing are still pending.(Ex. B, pg. 1.)

37)  Since Plaintiff's October 21st 2007 visit with CEN's Dr.
Tetteh the nephrology and ultrasound Dr. Tetteh ordered has
still not been completed and Plaintiff has continued to request
and sees CEN doctors on an average of twice each month, if not
more, regarding his kidney problems, and has still not been
seen by another outside doctor nor has his kidney stones been removed.

38)  The CDCR doctors Plaintiff continues to see at CEN regarding
his kidney problems continue to repetedly reorder the same blood
and urine tests.(Ex. A, pg. 43-48.)

3(d)

39)  Plaintiff has suffered presistent extreme pain and frequent
urinary track infections for at least the past five (5) years,
the last three (3) of which while at CEN. In the past three
(3) years alone Plaintiff has complained of his pain and suffering
to CEN medical staff and requested medical attention at least
once each month, if not more, and has been seen by at least
eleven (11) CDCR doctors, including defendants, and four (4)
different outside contract doctors, most on multiple occasions.
These doctors have ordered various tests, including urine, kidney
function, x-rays, and ultrasounds repeatedly with all tests
showing the same results each time, that Plaintiff has large
stones in his right kidney and ureter, has abnormal or insufficient
kidney function, and suffers frequent urinary track infections
with blood in his urine.(See Ex. A.) The fact that Plaintiff
has kidney stones was diagnosed and known by CDCR amd/or outside
doctors, including defendants for at least two (2) years, or
since around February of 2006 and still no treatment has been
provided to Plaintiff to remove his kidney stones or releave
his pain and suffering. Plaintiff still suffers that presistent
extreme pain and suffering because of those stones such that
he is often unable to prefor the routine necessary tasks of
daily life.(See Ex. B,, pg. 3-5.)

40)  The herein named defendants have violated the policy directives
of the Rules and Regulations of the Department of Corrections and
Rehabilitation in that they failed to comply with Article 8,
Title 15, Div. 3 of the California Code of Regulations, sections
3350 which imposes an affirmative duty upon each of them to
ensure that Plaintiff, who is under their care or custody, receive
the proper medical attention for his serious medical needs.

41)  The herein named defendants have violated Plaintiff's
constitutionally protected right to be free from cruel and unusual
punishment in that they were deliberately indifferent to Plaintiff's
serious medical needs and failed to properly administer to
Plaintiff's serious medical needs in the manner required of
them or to ensure that plaintiff received any otherwise available
proper form of medical treatment for his serious medican needs.
The deliberate omission of which subjected(s) Plaintiff to extreme
pain and suffering while incarcerated at Centinela State Prison.

42)  Plaintiff has attempted to resolve this issue by seeking
relief through all available administrative means, and he has
been denied and/or stalled at every level of review thereof
concerning his claims wherein he sought the necessary medical
attention for his pain and suffering.(See Ex. B.) He has, and
will continue to experience the symptoms described herein until
he has received the proper medical treatment here at CEN.

43)  Due to Plaintiff's more than two (2) years of pain and
suffering while at CEN because Dr. Barreras and Dr. Khatri
intentionally overlocked or ignored medical evidence that was
before them, and take the proper process to releive Plaintiff
of unnecessary pain, Plaintiff is now still expercing the
same extreme pain and suffering he has had to indure for the
past over three (3) years.

## VERIFICATION

I, Theodore E. Newberry, declare uner penalty of perjury that:

I am the Plaintiff in the herewith cause of action; I have read the foregoing documents and know the contents thereof; and the same is true of my own knowledge and belief, except as to those matters stated therein upon information and belief, and as to those matters, I believe them to be true and correct.

Executed this _18_ day of _march_____, 2008, at Centinela State Prison, P.O. Box 931, Imperial, CA. 92251

_Ted Newberry_
Theodore E. Newberry
Declarant/Plaintiff

3(f)

Count 2:  The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

N/A

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

N/A

Count 3:  The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

                                    N/A

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

                                    N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D.  Previous Lawsuits and Administrative Relief**

   1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d)  Issues raised: _____
_____
_____
_____
_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.


2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

        California Code of Regulations, Title 15, Div. 3, section 3084.1 proivieds
inmates with an administrative appeal process by which prisoners grieve decisions,
actions, conditions, and policies of the department having an adverse effect
upon them. This appeal system provides for three levels of review, the last
and final being at the Director of Correction's level.(See CCR §3084.5) Plaintiff
has presented the herein grievence to all available administrative remidy
without success.(See Ex. B.) thereby satisfying the "exhaustion requirement
pursuant to the Prisoners Litigation Reform Act and Booth v. Churner (2001)
532 U.S. 731 [121 S.Ct. 1819; 149 L.Ed.2d 958[.)

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _____

_____

_____

_____

    2. Damages in the sum of $ <u>100,000.00</u> .

    3. Punitive damages in the sum of $ <u>400,000.00</u> .

    4. Other: <u>An injunction requiring defendants to provide</u>
<u>Plaintiff with constitutionally adequate medical care.</u> .

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

<u>3-15-08</u>
Date

<u>Ted Newberry</u>
Signature of Plaintiff

# EXHIBIT A

# Quest Diagnostics ®

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED | PATIENT INFORMATION<br>**NEWBERRY, T**<br><br>DOB: 07/07/1956  Age: 49<br>GENDER: M | REPORT STATUS **Final** |

SPECIMEN INFORMATION
SPECIMEN:     EN222572C
REQUISITION: 0010881
LAB REF NO:

ORDERING PHYSICIAN
*Thornton*

CLIENT INFORMATION
88767000
CENTINELA STATE PRISON
2302 BROWN RD
IMPERIAL, CA 92251

ID: T87891

COLLECTED: 02/15/2006   07:00       Room/Loc: D1 206
RECEIVED:  02/16/2006   04:42
REPORTED:  02/16/2006   17:40

COMMENTS:   LU
            FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| TRIGLYCERIDES | | 450 H | <150 MG/DL | QSD |
| CHOLESTEROL, TOTAL | | 208 H | <200 MG/DL | QSD |
| HDL CHOLESTEROL | | 25 | OR >40 MG/DL | QSD |
| LDL-CHOLESTEROL | | | <130 MG/DL (CALC) | QSD |

LDL CHOLESTEROL NOT CALCULATED.  TRIGLYCERIDE LEVELS GREATER
THAN 400 MG/DL INVALIDATE LDL RESULTS.

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | | 8.3 H | <5.0 (CALC) | QSD |
| COMPREHENSIVE METABOLIC<br>PANEL | | | | QSD |
| GLUCOSE | 87 | | 65-99 MG/DL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | | 34 H | 7-25 MG/DL | |
| CREATININE | | 1.9 H | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 18 | | 6-25 (CALC) | |
| SODIUM | 137 | | 135-146 MMOL/L | |
| POTASSIUM | | 5.5 H | 3.5-5.3 MMOL/L | |
| CHLORIDE | 104 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 23 | | 21-33 MMOL/L | |
| CALCIUM | 9.9 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 7.2 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.4 | | 3.5-4.9 G/DL | |
| GLOBULIN | 2.8 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 72 | | 20-125 U/L | |
| AST | 22 | | 3-50 U/L | |
| ALT | 21 | | 3-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | WD |
| WHITE BLOOD CELL COUNT | 8.9 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 4.67 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 14.4 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 43.0 | | 38.5-50.0 % | |
| MCV | 92.0 | | 80.0-100.0 FL | |
| MCH | 30.9 | | 27.0-35.0 PG | |
| MCHC | 33.5 | | 32.0-36.0 G/DL | |

NEWBERRY,T - EN222572C

EX. A, pg. 1

**Quest Diagnostics Incorporated**

**Quest Diagnostics** ®

| PATIENT INFORMATION | REPORT STATUS  **Final** |
| **NEWBERRY,T** | |

QUEST DIAGNOSTICS INCORPORATED

ORDERING PHYSICIAN

REPORTED:    02/16/2006    17:40

DOB: 07/07/1956  Age: 49
GENDER: M
ID: T87891

*Thornton*

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| CBC (INCLUDES DIFF/PLT)  (Continued) | | | | |
| RDW | 14.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 335 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 3676 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | | 4308 H | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 507 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 383 | | 15-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 27 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 41.3 | | % | |
| LYMPHOCYTES | 48.4 | | % | |
| MONOCYTES | 5.7 | | % | |
| EOSINOPHILS | 4.3 | | % | |
| BASOPHILS | 0.3 | | % | |

------------------------------------------------------------------------

**Performing Laboratory Information:**

QSD   QUEST DIAGNOSTICS, INC SAN DIEGO 7470 MISSION VALLEY ROAD SAN DIEGO CA  92108 Laboratory Director: DANIEL P. MOLDEN, MD
WD    QUEST DIAGNOSTICS-LOS ANGELES (METRO) 7600 TYRONE AVENUE VAN NUYS CA  91405 Laboratory Director: KENNETH L SISCO,MD

D. MESSERSCHMIDT
SR. CLIN. LAB. TECH.
CERTIFIED BY THE
CSP - CENTINELA
LABORATORY
06 FEB 17 AM 9:13

| DATE | TIME | |
|------|------|---|
| 3/9/06 | 0800 | 49 yr. old male wht. I'm here for scheduled Urology Consultation. v/s $\frac{134}{81}$ 100 18 97.5 O2/SAT 97% RA c̄ Urology c̄ Dr. Walther Hx. of 1 kidney stone. ō c/o's of pain now A&O X 3 ō c/o's noted. left via amb. in stable status less. by custody. ————— M. Banionk |
| 3/9/06 | 1025 | back from urology√t √S 97.4 $\frac{144}{80}$ 88 98% room air To surgery Pt. instructed to cut down on coffee, beverage → gurney accompanied by CO ————— (signature) |
| 3/17/06 | 0820 | 49 yr. old male wht. I'm here for Carotid Ultrasound v/s $\frac{137}{88}$ 86 20 96.7 O2/SAT 98% RA PMH radiology Dr. A&O X 3 ō c/o's. left in stable status via amb. esc. by custody ————— M. Brunor |
| | 1120 | I'm back from PMH radiology Carotid Ultrasound Test. tol. procedure well. A&O X 3 V/S $\frac{122}{80}$ 84 20 97.7 O2/SAT 98% RA ō c/o's, report of ultrasound of Carotid will be faxed to prison later I'm left R/T g now in stable status less. by custody ————— M. Brunor |

INSTITUTION          HOUSING UNIT

**INTERDISCIPLINARY PROGRESS NOTES**

'230 (Rev 04/03)
CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CDC# T37891
NEWBERRY, THEODORE
07-07-56   M

EX. A, pg. 3

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES REQUEST FORM

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME _Newberry_

CDC NUMBER  T-87591

HOUSING  D-1-206u

PATIENT SIGNATURE _Ted Newberry_

DATE  2-2-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem)  I Need my B.P. meds Refilled And i HAVE A Bad PAIN in my side i Dont know if its my Kidney or if its A ABYESS i Had one two years Ago And Almost Died so im worried About it Pluss the PAIN is Bad (this is the 3Rd Request Skin we sent in 3 weeks)

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received:  2/4/06  2000 | Received by: AsPornaz |
|---|---|
| Date / Time Reviewed by RN:  2/5  01 | Reviewed by: Neen |

Pain Scale:  1  2  3  4  5  6  7  8  9  10

S:  seen in TTA

O:  T:        P:        R:        BP:                WEIGHT:

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP

DATE OF APPOINTMENT:

NAME OF INSTITUTION

COMPLETED BY
R. ESPERANZA M.D.
STAFF PHYSICIAN
CENTINELA STATE PRISON

PRINT STAMP NAME

SIGNATURE / TITLE

DATE/TIME COMPLETED  2/7/06

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EX. A, pg. 4

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| | | |
|---|---|---|
| NAME _NewbeRRy_ | CDC NUMBER _J-87891_ | HOUSING _D-1-206 u_ |
| PATIENT SIGNATURE _Lee Newberry_ | | DATE _2-22-06_ |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _there was alot of blood in my urine A 10:00 in on friday Night i Have A stone A Large stone in my left Kidney And i Have Been Hurting alot of pain i Need To See A Docttor As soon as is possible thank you_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| Date / Time Received: 2/26/06 1700 | Received by: |
| Date / Time Reviewed by RN: 2/27/06 0030 | Reviewed by: _A Zatin n_ |

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:

O:   T:    P:    R:    BP:     WEIGHT:

A:

P:   ☐ See Nursing Encounter Form   _Med line this week 2/27 - 3/1_

E:

| | | | |
|---|---|---|---|
| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) _D next time_ | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

# JOY MASON-JOHNSON, M.D., INC.

### DIPLOMATE, AMERICAN BOARD OF RADIOLOGY
### DIPLOMATE, AMERICAN BOARD OF NUCLEAR MEDICINE

### CENTINELA STATE PRISON * RADIOLOGY DEPARTMENT
### 2302 BROWN ROAD
### IMPERIAL, CA 92251-0731

## RADIOLOGY REPORT

NAME:                  NEWBERRY
ORDERING PHYSICIAN:    ESPERANZA
EXAMINATION:           KUB
DATE:                  2/7/2006
CDC #:                 T-87891

## KUB:

Examination of the abdomen reveals a 15 mm stone in the right upper quadrant of the abdomen. This does correspond with the approximate area of the lower pole portion of the right kidney. There is also an ovoid stone approximately 12 to 13 mm in length noted in the area of the right distal ureter. IVP would be useful for additional evaluation of these findings.

J. M. JOHNSON, M.D., INC.
RADIOLOGIST

JMJ:ldj
D:02/10/06; T:02/14/06

**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

| | | |
|---|---|---|
| | PATIENT INFORMATION | REPORT STATUS **Final** |
| | **NEWBERRY,T** | |
| | | ORDERING PHYSICIAN |
| | DOB: 07/07/1956  Age: 49 | **ESPERANZA,BONIFACIO** |
| | GENDER: M | |

SPECIMEN INFORMATION

SPECIMEN:    EN107577C            ID: T87891
REQUISITION: 0010415
LAB REF NO:

CLIENT INFORMATION
88767000
CENTINELA STATE PRISON
2302 BROWN RD
IMPERIAL, CA 92251

COLLECTED:  02/07/2006    12:00        Room/Loc: D1 206
RECEIVED:   02/08/2006    00:29
REPORTED:   02/10/2006    09:58

---

| Test Name | | Lab |
|---|---|---|
| =============================== | | |
| CULTURE, URINE, ROUTINE | | QSD |
|    SOURCE: | URINE | |
|    STATUS: | FINAL | |
|    RESULT: | NO GROWTH AFTER 2 DAYS | |

---------------------------------------------------------------------

**Performing Laboratory Information:**

QSD   QUEST DIAGNOSTICS, INC SAN DIEGO 7470 MISSION VALLEY ROAD SAN DIEGO CA  92108 Laboratory Director: DANIEL P. MOLDEN, MD

EX. A, pg. 7



Quest Diagnostics Incorporated

.ics
®

S INCCRPORATED

PATIENT INFORMATION
**NEWBERRY, T**

DOB: 07/07/1956  Age: 49
GENDER: M

ID: T87891

Room/Loc: D1 206

RMATION
EN399521C
ON: 0011825
NO:

'ED: 02/28/2006     10:00
/ED: 03/01/2006     22:43
.TED: 03/04/2006    08:26

REPORT STATUS **Final**

ORDERING PHYSICIAN

ESPERANZA

CLIENT INFORMATION
88767000
CENTINELA STATE PRISON
2302 BROWN RD
IMPERIAL, CA 92251

t Name

| | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| JALYSIS, COMPLETE | | | | |
| )LOR | | YELLOW | YELLOW | QSD |
| PEARANCE | | CLOUDY | CLEAR | |
| ECIFIC GRAVITY | 1.018 | | 1.001-1.035 | |
| JCOSE | 6.0 | | 5.0-8.0 | |
| IRUBIN | NEGATIVE | | NEGATIVE | |
| ONES | NEGATIVE | | NEGATIVE | |
| LT BLOOD | | 3+ | NEGATIVE | |
| EIN | | 1+ | NEGATIVE | |
| ITE | NEGATIVE | | NEGATIVE | |
| OCYTE ESTERASE | | 3+ | NEGATIVE | |
| JUS EPITHELIAL CELLS | | 40-60 | < OR = 5  /HPF | |
| IA | 0-5 | 20-40 | < OR = 5  /HPF | |
| E CAST | NONE SEEN | MODERATE | < OR = 3  /HPF | |
| | | | NONE SEEN  /HPF | |
| | | | NONE SEEN  /LPF | |

THIS URINE WAS EXAMINED MICROSCOPICALLY FOR THE
PRESENCE OF WBC, RBC, BACTERIA, CASTS AND OTHER
FORMED ELEMENTS.  ONLY THOSE ELEMENTS SEEN WERE
REPORTED.

21C

| DATE | TIME | |
|------|------|---|
| 7/9/06 | 1500 | S: Pt here for f/u p̄ carotid US (results not available yet) and p̄ urology consult. c/o ®nasal congestion c̄ blood clot and pain. Also c/o ℗ shoulder pain - requesting cortisone injections since unable to take NSAID's 2° CRI

O: AF VSS
Gen: Appears mildly uncomfortable.
HEENT: ® nares edematous excoriated somewhat ulcerated medially. mild sinus ttp on ® maxillary
lungs CTA B
CV RRR. Ø bruit appreciated
Back: Ø CVA ttp
MS: ℗ crepitus rotation shoulder

A/P
1) Nephrolithiasis - Pt to go for IVP, then lithotripsy if indicated.
2) Ulcerated nares - Bactrim Bactroban
3) Osteoarthritis likely ℗ shoulder - X-ray
4) Follow up Carotid US.
5) CRI - Avoid NSAIDS |

INSTITUTION

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CDC# T87891
NEWBERRY, THEODORE
07-07-56   M

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 5/11/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

**S:** OBSTRUCTED (R) KIDNEY
NEEDS SURGICAL INTERVENTION

*[handwritten notes in left margin]*
IDSC
ALLERGIC PROCARDIA
ESRD 2014

**O:** (physical assessment) T: 97.2  P: 86  R: 20  B/P: 142/89  Wt: 227

NOT EXAMINED TODAY

*[handwritten notes in left margin]*
PMH:
BP
ARTHRA
+ TRIGLYCERIDE
KIDNEY STONES
PVD
CAROTID
RENAL REPLACEMENT CARE
TRAUMA
+ LOC
MEDS - SEE PROFILE
FAM HX
DM
WT
HT 68"
WT 227

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)
RENAL SURGERY - URGENT
REORDER MEDS

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN – action to be taken by the RN so that the patient receives appropriate medical care.)
REC SURG

**E:** (education provided)

*Joseph Abramowitz M.D.*
*Physician & Surgeon*

| | ROOM / WING | FDB1T2000000206L |
|---|---|---|

| INSTITUTION | Centinela State Prison |
|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T87891
NEWBERRY, THEODORE
7/7/1956

CDC 7254 (8/89)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Health Care Services Division

California Department of Corrections

**Encounter Form: Miscellaneous/Multiple Systems Complaints**

Inst: CEN

CDC# T87891  DOB 7/7/86  Date/Time 4/24/6  0940

Name: Newberg, Theodore

Fill in the blanks and check all that apply

Skin: ☑ Pink   ☐ Pale   ☐ Grey   ☐ Cyanotic

Other (describe): GH tenderness + suprapubic area

**SUBJECTIVE:**

Chief Complaint: flank pain — bladder infection

Date and time of onset: x 2 yrs

History of current complaint: renal edema —

scheduled for IVP

Pain: Scale of 0-10 (0=no pain 10=worst pain) 8/10

Area of pain: (R) flank pain — suprapubic area

Quality of pain: sharp — cramping — burning

What makes it better? meds

History of chronic illness: HTN, asthma,

Hep C

Allergies: NKA

Current medications: see mar

**OBJECTIVE:**

☑ Awake ☐ alert, oriented to person, place, time

Vital signs: Temp 97.6 Weight: 236 Resp: 16

Pulse 95 BP 142/73

Skin: ☑ Pink ☐ Pale ☐ Grey ☐ Cyanotic

Breath Sounds ☑ Clear bilaterally

☐ Wheezes ☐ Crackles ☐ Diminished

☐ Absent ☐ Dyspnea ☐ Congestion ☐ Stridor

Describe: ⊘

General Appearance: stable

HEENT unremarkable

Mental Status/Neuro: ø motor/sensory deficit

Lungs Fields: ☑ Clear ☐ Crackles ☐ Wheezes

☐ Diminished breath sounds ☐ Abnormal (describe / location)

Cardiovascular: NSR — ø murmur

lrg equal pushat pulse

Abdominal Assess: Bowel Sounds: ☑ Normal

☐ Hyperactive ☐ Hypoactive ☐ Absent

Abdomen: ☐ Soft ☐ Guarded ☐ Rigid

☐ Distended ☐ Mass ☐ Rebound

Tenderness: ☑ None ☐ On palpation describe:

Extremities: MAEW

**ASSESSMENT:**

Nursing Diagnosis: pain

**PLAN:**

MD referral completed: (circle)   NO / YES  If yes:

☐ STAT (Conditions in which the absence of immediate medical attention could reasonably be expected to result in placing a person's life in serious jeopardy or serious impairment of any bodily member or organ)

☑ Urgent (Conditions that could become an emergency if not treated promptly or patients with significant physical or emotional distress)

☐ Routine

Physician called (name / time) _____

Physician responded (time) _____

Physician orders received ☐yes ☐no

Redirected to MD

**EDUCATION:**

☐ Advise patient to resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist.

☐ Patient Health Care Education Forms given to patient (specify) _____

☐ Patient verbalized understanding of instructions

☐ Education deferred due to patient condition

**DISPOSITION**

Time released: 0930

Condition on discharge: stable

☑ Returned to housing unit

☐ Housing reassignment to: _____

☐ Referred for follow-up

☑ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify) _____

Person/time contacted: _____

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV arrived (time) _____

Additional Comments: _____

F. MANALO RN

Signature/Title

8/05

**ENCOUNTER FORM: MISCELLANEOUS/MULTIPLE SYSTEMS COMPLAINTS**
**CDC XXXX**

| DATE | TIME | |
|---|---|---|
| | | allerg - procardia |
| 7/21/06 | | |

S. Here because of urine frequency + burning. History of UTI. He has 2 large renal stones in right kidney + he is currently lithotripsy. He has mild renal insufficiency probably related to chronic right renal obstruction. He has low back pain but can not take NSAIDS due to renal dysfunction. His recently requested shoulder X ray has not been done.

T 97.6, NR 16, wt 236.

O. Needs suprapubic tenderness.
Skel - otherwise normal

A. Probable recurrent UTI
Renal stones
Low back ache + shoulder pain

P. UA, UC+S, then start Septra DS T PO BID X 1[...]

*Kera Cullrowy* (signature)

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| | | | Theo dore New berg CDC# F87891 07/07/56 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

EX. A, pg. 12

**Quest Diagnostics** ®

QUEST DIAGNOSTICS INCORPORATED

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS **Final** |
| **NEWBERRY,T** | |
| DOB: 07/07/1956  Age: 49 | ORDERING PHYSICIAN |
| GENDER: M | **WALIA S** |

SPECIMEN INFORMATION
SPECIMEN:   EN199846D
REQUISITION: 0015381
LAB REF NO:

ID: T87891

CLIENT INFORMATION
88767000
CENTINELA STATE PRISON
2302 BROWN RD
IMPERIAL, CA 92251

COLLECTED:  04/26/2006   10:00        Room/Loc: D1 206
RECEIVED:   04/26/2006   22:27
REPORTED:   04/28/2006   21:32

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QSD |
| URINALYSIS, COMPLETE | | | | |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.016 | | 1.001-1.035 | |
| PH | 7.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | | | NEGATIVE | |
| WBC | | 10-20 | < OR = 5  /HPF | |
| RBC | | 10-20 | < OR = 3  /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5  /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN  /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN  /LPF | |

THIS URINE WAS EXAMINED MICROSCOPICALLY FOR THE
PRESENCE OF WBC, RBC, BACTERIA, CASTS AND OTHER
FORMED ELEMENTS.  ONLY THOSE ELEMENTS SEEN WERE
REPORTED.

*Started on septra 4-21-06 x 10 ß*

*[signature]*
*5/2/06.*

06 APR 31 AM 7:02

D. MESSERSCHMI
SR. CLIN. LAB TEC.
CENTINELA STATE P

EX. A, pg. 13

**Quest Diagnostics**®

Quest Diagnostics Incorporated

PATIENT INFORMATION
**NEWBERRY, T**

REPORT STATUS **Final**

QUE  IAGNOSTICS INCORPORATED

DOB: 07/07/1956  Age: 49
GENDER: M
ID: T87891

ORDERING PHYSICIAN
**WALIA  S**

REPORTED:    04/28/2006    21:32

Lab

Test Name

=============================

QSD

CULTURE, URINE, ROUTINE
    SOURCE:
    STATUS:
    RESULT:

URINE
FINAL
MULTIPLE ORGANISMS PRESENT, EACH LESS THAN 10,000
CFU/ML. THESE ORGANISMS, COMMONLY FOUND ON
EXTERNAL AND INTERNAL GENITALIA, ARE CONSIDERED TO
BE COLONIZERS. NO FURTHER TESTING PERFORMED.

Performing Laboratory Information:

QSD   QUEST DIAGNOSTICS, INC SAN DIEGO 7470 MISSION VALLEY ROAD SAN DIEGO CA  92108 Laboratory Director: DANIEL P. MOLDEN, MD



20:7 MA IE RPA 90

EX. A, pg. 14

Page 2 - End of Report

NEWBERRY,T - EN199846D

| DATE | TIME | |
|------|------|---|
| 5/17/06 | 4 H | Called Dr Walker's Urology office - need IVP, before appointment-, EARLIEST he can see 6/23/06 |
| | | *DanRad.* |

INSTITUTION

HOUSING UNIT   D1-206

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

New Berry

T87891

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 5/26/06 | | IVP cancelled because of High |
| | | Creatinin 1.9. |
| | | CT Abd. Order. ___ |
| 6/1/06 | 1010 | Here in TTA for EKG. VS - 118/72-80-98.6-20. |
| | | Ambulatory, c/o x3 denies any discomfort. EKG |
| | | done. ___ |
| | 1045 | back to yard c custody Table— ___ |

**INSTITUTION** Centinela   **HOUSING UNIT** D, 206

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T-87891

Newberry, Theodore

DOB 7/7/56

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Quest Diagnostics Incorporated

Quest
Diagnostics
®

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**NEWBERRY, T**

DOB: 07/07/1956   Age: 49
GENDER: M

ID: T87891

REPORT STATUS **Final**

ORDERING PHYSICIAN
**KHATRI, SAT**

CLIENT INFORMATION
88767000
CENTINELA STATE PRISCN
2302 BROWN RD
IMPERIAL, CA 92251

Room/Loc: D1 206

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | Q:D |
| PANEL | | | | |
| GLUCOSE | 99 | | 65-99 MG/DL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | | 28 H | 7-25 MG/DL | |
| CREATININE | | 1.5 H | 0.5-1.4 MG/DL | |
| BUN/CREATININE RATIO | 19 | | 6-25 (CALC) | |
| SODIUM | 141 | | 135-146 MMOL/L | |
| POTASSIUM | 5.1 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 104 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | | 20 L | 21-33 MMOL/L | |
| CALCIUM | 9.9 | | 8.5-10.4 MG/DL | |
| PROTEIN, TOTAL | 8.1 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.6 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.5 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.5 MG/DL | |
| ALKALINE PHOSPHATASE | 62 | | 20-125 U/L | |
| AST | 19 | | 3-50 U/L | |
| ALT | 16 | | 3-60 U/L | |
| HEPATIC FUNCTION PANEL | | | | Q:D |
| PROTEIN, TOTAL | 8.1 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.6 | | 3.5-4.9 G/DL | |
| GLOBULIN | 3.5 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.5 MG/DL | |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 MG/DL | |
| BILIRUBIN, INDIRECT | 0.2 | | 0.0-1.5 MG/DL (CALC) | |
| ALKALINE PHOSPHATASE | 62 | | 20-125 U/L | |
| AST | 19 | | 3-50 U/L | |
| ALT | 16 | | 3-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | Q:D |
| WHITE BLOOD CELL COUNT | 9.8 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 5.27 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 15.7 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 46.9 | | 38.5-50.0 % | |
| MCV | 38.9 | | 80.0-100.0 FL | |
| MCH | 29.8 | | 27.0-33.0 PG | |
| MCHC | 33.5 | | 32.0-36.0 G/DL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | | 412 H | 140-400 THOUS/MCL | |
| MPV | 9.3 | | 7.5-11.5 FL | |

NEWBERRY, T - EN9053040

Page 1 - Continued on Page 2

# Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

DATED:   06/01/2006   04:48

PATIENT INFORMATION
**NEWBERRY,T**

DOB: 07/07/1956  Age: 49
GENDER: M
ID: T87891

REPORT STATUS **Final**

ORDERING PHYSICIAN
**KHATRI,SAT**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

CBC (INCLUDES DIFF/PLT) (Continued)

TEST(S) NOT PERFORMED:
   INTERFACE FLAG

QND

| DIFFERENTIAL, MANUAL | | | | |
|---|---|---|---|---|
| ABSOLUTE NEUTROPHILS | 3724 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE BAND NEUTROPHILS | 98 | | 0-750 CELLS/MCL | |
| **ABSOLUTE LYMPHOCYTES** | | **5096 H** | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 588 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 294 | | 15-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 38 | | % | |
| BAND NEUTROPHILS | 1 | | % | |
| LYMPHOCYTES | 51 | | % | |
| REACTIVE LYMPHOCYTES | 1 | | 0-10 % | |
| MONOCYTES | 6 | | % | |
| EOSINOPHILS | 3 | | % | |
| BASOPHILS | 0 | | % | |
| PLATELET ESTIMATION | | | ADEQUATE | |

REVIEW OF THE PERIPHERAL SMEAR REVEALS IN-
CREASED NUMBERS OF PLATELETS.

ACCORDING TO ESTABLISHED CRITERIA, THE AUTOMATED
DIFFERENTIAL INDICATED THE NEED FOR A MANUAL
DIFFERENTIAL, PLEASE SEE RESULTS ABOVE.

Performing Laboratory Information:

... MISSION VALLEY ROAD SAN DIEGO CA  92108 Laboratory Director: ...



**EX. A, pg 18**

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 6/6/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| 10 ᵃᵐ | | | FOR EFU NEPHROLITHIASIS |
| | | | NO IVP YET |
| | | | NO LASER LITHOTRIPSY YET |
| | | | |
| | | | **O:** (physical assessment)  T:      P:      R:      B/P:        Wt: |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | |
| | | | **P:**  (MTA – referral to a higher licensure for prioritization and evaluation.) |
| | | | (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | INMATE WILL FILE APPEAL |
| | | | |
| | | | **E:** (education provided) |
| | | | Joseph Abramowitz, M.D. |
| | | | Physician & Surgeon |

| INSTITUTION  Centinela State Prison | ROOM / WING  FDB1T200000020BL |
|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T87891
NEWBERRY, THEODORE
7/7/1956

)C 7254 (8/89)

TE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

| NAME: | | NUMBER | INSTITUTION |
|---|---|---|---|
| NEWBERRY, THODORE     DOB: 07/07/1956 | | T87891 | CEN |

NAME OF HOSPITAL, CLINIC, OFFICE, OR OTHER PLACE RECOMMENDED
El Centro Regional Hospital     1415 Ross Ave     El Centro, Ca     (760) 339-7100     OUTPATIENT SURGERY

### REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL
RIGHT KIDNEY; URETERAL STONE

UM#  05/06-29-OP-4008

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED
CYSTOSCOPY LASER LITHOTROPSY TO BE PERFORMED BY DR.
WALTHER. I/P SHALL GO TO ECRMC RADIOLOGY FIRST TO HAVE A KUB,

APPOINTMENT:     06/12/2006           Referred by:   Khatri, Sat Dave, MD
                 8:00  Hrs.

NATURE AND IMMEDIACY OF SERVICE: MANDATORY, EMERGENCY, OR ELECTIVE
(a) WHY CAN THE PROCEDURE NOT BE DONE INTRAMURALLY?
SERVICES NOT AVAILABLE AT CENTINELA

(b) IF ELECTIVE, ARE FUNDS EARMARKED FOR THIS PURPOSE AVAILABLE?

ESTIMATED TIME AWAY FROM INSTITUTION (NOT MORE THAN 3 DAYS
3-4 HOURS

ESTIMATED COST

REMARKS:                                    TRANSPORTATION:  Custody Trans / State Veh.

| SIGNATURE OF CHIEF MEDICAL OFFICER  Dan Khatri. | DATE |
|---|---|
| Dan Khatri, M.D., Chief Medical Officer (A) | 6/2/2006 10:44:08 AM |

### CUSTODIAL STATUS (STATEMENT OF ASSOCIATE SUPERINTENDENT-CORRECTIONAL INSTITUTION)

| OFFENSE | COMMITTED FROM | | DATE RECEIVED |
|---|---|---|---|
| TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION (CHECK ONE) [ ]MAXIMUM   [ ] MEDIUM   [ ] MINIMUM | |
| CONDUCT DURING INCARCERATION | | ESCAPE RISK | |

REMARKS

| SIGNATURE OF ASSOCIATE SUPERINTENDENT-CORRECTIONAL INSTITUTION | DATE |
|---|---|

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF THE ABOVE-NAMED FROM THE INSTITUTION IN WHICH HE IS NOT CONFINED IN ORDER THAT HE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE NAMED RECOMMENDATIONS.

SPECIAL CONDITIONS:

| SIGNATURE OF WARDEN/SUPERINTENDENT | DATE |
|---|---|

CDC 7252 (Rev. 9/77)

| DATE | TIME | |
|---|---|---|
| 6/11/06 | 0640 | BP - 148/101, P - 108, R - 20, O₂ sat. 100%, T - 98.5° Pt. abt. [illegible] Ø sob noted; Ø chest pain; Ø clot/A noted; pt states that he [illegible] NPO; ready for surgery [illegible] outpt dept |
| 6/11/06 | 1000 | BP - 181/89 P - 87 R - 20, O₂ sat - 96% T - 97.1° Pt. /Drink abt outb 63 ; Speech [illegible] Pt back for [illegible] outpt dept. Pt stble c this line |
| | | |
| | | |
| 6/22/06. | | Here for enalapril 20 ℔ [illegible] BID when mmts says he is not getting → MTA will check on this. BP currently 122/74. |
| | | |
| | | |
| | | Kent Collins [signature] |
| | | 6/12/06 Retrograde IVP Contrast in LRI URETER & LRI Renal Pelvic Delay Exam. SubOPTIMAL. [signature] |

INSTITUTION Cen.    HOUSING UNIT    D1-206 u

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CDC# T87891
NEWBERRY, THEODORE
07-07-58   M

EX. A, pg. 21

EL CENTRO REGIONAL MEDICAL CENTER
1415 ROSS AVE. EL CENTRO, CA  92243
DEPARTMENT OF MEDICAL IMAGING
Phone : (760)-339-7241

*Newberry, Theodore*

PT: CDC, T87891
DOB: 07/07/1956                Age: 49
Phone #:(760)337-7900
Admit: WALTHER, ALAN H. M.D.
Ord. Dr: WALTHER, ALAN H. M.D.
Read By: JOHN R. HADORN, M.D.
Reason: PREOP

MRN#:469285                 Order#: 06/12/06-000026
Visit #: 10580235           Location: SDS
Patient Type: OP
Exam: ABDOMEN 1 VIEW

Date of exam: 06/12/2006 07:57 am

KUB

INDICATION:  Renal stones.

There is a large calcification overlying the central right kidney.  The left kidney does not appear
to be remarkable.  There is also a prominent stone overlying the right pelvis.  It is not typical of a
bladder calculus, although that would be a consideration.  There are no previous exams for
correlation.

IMPRESSION:  AT LEAST ONE LARGE CALCIFIED STONE GREATER
                      THAN 1 CM IN DIAMETER, RIGHT KIDNEY.

*Retrograde IVP done*
*See Report on CHART contains*
*(R) URETR, (R) Renal pelvis*
*DK*
*6/23/06*

Electronic signature: JOHN R. HADORN, M.D.
T: KYEN

*5/31/0*
*Creat 1.5*
*BUN. 28.*

Report Approved                 DOCTOR COPY                 WALTHER, ALAN H. M.D.

RADIOLOGIST: R.S. STONE, MD *C.G. TRILLANES, MD * J.R. HADORN, MD * R.O. PASCUAL, MD * G.D. REYES, MD.

EX. A, pg. 22

FROM :                              FAX NO. :                    Jun. 21 2006 01:25PM  P1

1415 ROSS AVE. EL CENTRO, CA 92243
DEPARTMENT OF MEDICAL IMAGING
Phone : (760)-339-7241

*Newberry*

PT: CDC, T87891
DOB: 07/07/1956          Age: 49
Phone #:(760)337-7900
Admit: WALTHER, ALAN H. M.D.
Ord. Dr: WALTHER, ALAN H. M.D.
Read By: CAESAR G. TRILLANES, M.D.
Reason: RENAL STONES

MRN#:469285
Visit #: 10580235
Patient Type: OP
Exam: RETROGRADE PYELOGRAM □

Order#: 06/12/06-000196
Location: SDS

Date of exam: 06/12/2006 02:11 pm

---

## RETROGRADE STUDY

Four digitalized images are available showing contrast in the right ureter and right renal pelvis.
The detailed examination is suboptimal.

IMPRESSION:  USE OF C-ARM FOR RETROGRADE STUDY.

Electronic signature: CAESAR G. TRILLANES, M.D.
T: BCHAR

*DLL*
*6/23/06*

*FAX*
*to tinelax*
*Contin*
*482-3084*
*ATTN: Laura*

---

Report Approved          DOCTOR COPY                    WALTHER, ALAN H. M.D.

RADIOLOGIST:  R.S. STONE, MD *C.G. TRILLANES, MD * J.R. HADORN, MD * R.O. PASCUAL, MD * G.D. REYES, MD.

| Date | Time | Prob# | |
|------|------|-------|---|
| 6/26/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | 1600 | | ① BRONCHITIS — ⊕ Hx ASTHMA / WHITE SPUTUM |
| | | | ② NEPHROLITHIASIS — CURRENTLY RECEIVING |
| | | | TX |
| | | | |
| | | | |
| SPO₂ 96% | | | **O:** (physical assessment) T: 98.2  P: 94  R: 20  B/P: 116/70  Wt: 225 |
| | | | GEN: Ⓢ COUGHING / CYANOSIS |
| | | | CHEST: COARSE BREATH SOUNDS BILAT |
| | | | ① WHEEZES |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | ① BRONCHITIS |
| | | | ② NEPHROLITHIASIS |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) |
| | | | (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | ① DOXYCYCLINE |
| | | | ② TRIAL OF THEOPHYLLINE |
| | | | ③ ADD AZMACORT × 30 |
| | | | **E:** (education provided) EXPLAINED TRIAL OF |
| | | | THEOPHYLLINE |

Institution  **Centinela State Prison**

Room / Wing  **FDB1T2000000206L**

**OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES**

CDC Number, Name (Last, First, MI)

Joseph Abramowitz M.D.
Physician & Surgeon

T87891
NEWBERRY, THEODORE
7/7/1956

CDC 7254 (8/89)

State of California                    Department of Corrections

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 8/18/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | | | *[handwritten] Back Pain, Kd Stone* |
| | | | *[handwritten] Well other wise* |
| | | | *[handwritten] rept off BP ht* |
| | | | **O:** (physical assessment)  T:    P:    R:    B/P:    Wt: |
| | | | *[handwritten] BPs all WNL* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | *[handwritten] BP Controlled* |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) |
| | | | (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | *[handwritten]* |
| | | | |
| | | | **E:** (education provided) *[handwritten] Discl BP Cntrl* |

| INSTITUTION | Centinela State Prison | ROOM / WING | FDB1T2000000206L |
|---|---|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T87891

NEWBERRY, THEODORE

7/7/1956

?54 (8/89)

IFORNIA                                  DEPARTMENT OF CORRECTIONS

## LABORATORY REPORT



# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

| PATIENT NAME | | | | | |
|---|---|---|---|---|---|
| Newberry, Theodore | | | | | |

| AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|
| 70 | 7/07/36 | M | T87891 | 1245774 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 1/11/07 | | 1/12/07 | 23:00 |

| REPORT DATE | REPORT TIME |
|---|---|
| 1/13/07 | 14:03 |

PHYSICIAN
VU, MD (CEN)

STATUS    FINAL    PAGE 1

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D1-206L | | | | |
| | | | | |
| URINALYSIS | | | | |
| COLOR | | Yellow | | Straw-Yellow |
| APPEARANCE | | Clear | | Clear |
| PH | | 5.0 | | 5.0-7.0 |
| SPECIFIC GRAVITY | | 1.010 | | 1.002-1.030 |
| URINE GLUCOSE | | Negative | | Negative |
| URINE KETONES | | Negative | | Negative |
| URINE BLOOD | Trace | | | Negative |
| URINE PROTEIN | | Negative | | Negative |
| URINE BILIRUBIN | | Negative | | Negative |
| LEUKOESTERASE | | Negative | | Negative |
| NITRITE | | Negative | | Negative |
| UROBILINOGEN | | Negative | | Negative |
| | | | | |
| URINE MICROSCOPY | | | | |
| URINE WBC | | 0-1 | /HPF | 0-3 |
| URINE RBC | 3-5 | | /HPF | 0-3 |
| EPITHELIAL CELLS | | Few | /LPF | |
| CASTS | | None | | None |
| CRYSTALS | | None | | None |
| MUCUS | | Negative | /LPF | Negative |
| URINE YEASTS | | None | /HPF | Negative |
| URINE BACTERIA | | Few | /HPF | None |

Reviewed by
Khanh Vu, D.O.

JAN 16

Drit 86315

ANGELENA ARREOLA
LABORATORY ASST.
CENTINELA STATE PRISON

07 JAN 16 AM11:45

ESP - CENTINELA
RECEIVED

Signature: _____

FORM 101

FAX (909) 623-9306

1635310

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEAL..h CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME Newberry | CDC NUMBER T-87891 | HOUSING 17-1-206 |
|---|---|---|
| PATIENT SIGNATURE Jeff Newberry | | DATE 2-20-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I think i've got a UTI Again & Have A big Kidney stone that causes me to get calm And i Need to get some of my meds Refilled

Thank you

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:        P:        R:        BP:        WEIGHT: 234

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY   F. MANAIG RN | NAME OF INSTITUTION   CENTINELA STATE PRISON |
| PRINT / STAMP NAME   F. MANAIG RN | SIGNATURE / TITLE | DATE/TIME COMPLETED   2/22/7  1300 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EX. A, pg. 27

# LABORATORY REPORT



**FOUNDATION LABORATORY**

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

PATIENT NAME
Newberry, Theodore

| AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|
| 50 | 7/07/56 | M | T87891 | 1351644 |

PHYSICIAN
EIKEEB, MD (CEN)

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 4/13/07 | 7:30 | 4/13/07 | 23:00 |

| REPORT DATE | REPORT TIME |
|---|---|
| 4/14/07 | 10:09 |

STATUS  FINAL    PAGE 1

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D1 206L | | | | |
| FASTING | | | | |
| | | | | |
| HEMATOLOGY | | | | |
| WBC | | 8.4 | 103/uL | 4.2-10.5 |
| RBC | | 5.08 | 106/uL | 4.6-6.2 |
| HgB | | 15.2 | g/dL | 14-18 |
| HCT | | 45.8 | % | 42-52 |
| MCV | | 90.1 | um3 | 80-94 |
| MCH | | 29.8 | pg | 27-34 |
| MCHC | | 33.1 | % | 31.5-36.0 |
| RDW | | 11.0 | % | 11-14.8 |
| PLATELETS | | 370 | 103/uL | 150-400 |
| MPV | | 8.6 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | 40.6 L | | % | 48.9-69.9 |
| GRANULOCYTES# | | 3.41 | 103/uL | 1.5-6.7 |
| LYMPHOCYTES % | 46.0 H | | % | 22.4-43.6 |
| LYMPHOCYTES# | | 3.86 | 103/uL | 1.5-4.0 |
| MONOCYTES % | | 7.4 | % | 6.2-9.8 |
| MONOCYTES# | | 0.62 | 103/uL | 0.2-0.8 |
| EOSINOPHIL % | | 4.8 | % | 0-5.0 |
| EOSINOPHIL# | | 0.40 | 103/uL | 0-0.40 |
| BASOPHIL % | | 1.2 | % | 0-2.0 |
| BASOPHIL# | | 0.10 | 103/uL | 0-0.20 |
| RBC MORPHOLOGY | | Normal | | |

CHEMISTRY    ****NEW REFERENCE RANGE FOR THE FOLLOWING TESTS****
    ****EFFECTIVE AS OF 2/22/2007****
    ****TP,SGOT,SGPT,ALK PHOSPH, CA, CREAT, LDH, U.ACID, GGT****

| | | | | |
|---|---|---|---|---|
| SODIUM, SERUM | | 138 | mEq/L | 136-144 |
| POTASSIUM, SERUM | | 4.3 | mEq/L | 3.6-5.1 |
| CHLORIDE,SERUM | | 103.5 | mEq/L | 101-111 |
| CO2 | | 23.0 | mEq/L | 22-32 |
| ANION GAP | | 11.4 | | 0.0-25.0 |
| CALCIUM, SERUM | | 9.2 | mg/dL | 8.9-10.3 |
| GLUCOSE | | 69.0 | mg/dL | 65-99 |
| | | | | FASTING REFERENC |

03 APR 17 AM 6:54

RECEIVED
CSP - CENTINELA
LABORATORY

Pomona CA 91768 • (909) 623-9301 • FAX (909) 623-9306

FORM

California Department of Corrections
Health Care Services Division

**Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Inst: _CEN_

N _Newberg, Theodore_  CDC# _T87891_  DOB: _7/7/56_  Date/Time _2/22/? 0846_

Fill in the blanks and check all that apply

**OBJECTIVE:**

Chief Complaint: _recurring UTI_
Date and time of onset: _KJ day_
Pain: Scale of 0-10 (0=no pain 10=worst pain):
Area of pain:
Quality of pain:
What makes it better?
History of prior pain / duration: _pt claims that he has a kidney stone last month_
Precipitating Events: _hx: kidney stone_
☐ Low back pain  ☑ Flank pain _(not a flu sx)_
Urinary symptoms: ☐ Urinary frequency  ☐ Dysuria
☑ Burning on urination  ☐ Hematuria
☐ Muscle spasms  ☐ Numbness  ☐ Tingling
Other:
History of chronic illness: ☐ Arthritis  ☐ Cancer
☐ Diabetes ☐ Blood dyscrasias ☐ Renal Disease _kidney stone_
Other: _Asthma, HTN_
History of: ☐ Fever  ☐ Chills ☐ Headache
☐ Nausea/Vomiting  ☐ Diarrhea  ☐ Fatigue
☐ Recent Trauma  ☐ Other: _∅_
Allergies: _Rhea cap o/a_
Current medications: _see MAR_

**SUBJECTIVE:**

Awake, alert, oriented to person, place, time
Vital signs: BP: _16/77_ Pulse: _83_ Resp: _U_
Temp: _98.4_  ☑ Urine dipstick _see result O blood_
Urinalysis:
Assess areas involved:
Extremity: ☐ Upper ☐ Lower ☐ Right ☐ Left
Describe: Color: _(N)_
☐ Warmth  ☐ Tenderness  ☐ Swelling
☐ Deformity  ☑ Circulation  ☑ Sensation
☑ ROM  Describe: _full moderate amt_
Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness
☐ Tremors
Gait / Stance (describe): _full motor / sensory intact_

**ASSESSMENT:**
☐ Impaired physical mobility related to:
☑ Pain related to / evidenced: _pain at kidney stone_

**PLAN:**
MD referral completed: (circle) NO (YES) If yes:
☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints)
☐ Urgent  ☐ Routine ☑ Dr kept live
Physician notified (name) _Cervas, MD 0845_
Physician Responded (time) _VO - MD has available_

**MUSCLE CRAMPS / EXTREMITY PAIN**
☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr
☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24hrs
☐ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hr
☐ Activity as tolerated.

**JOINT PAIN / LOW BACK PAIN**
☐ Apply (circle one) ice or heat as appropriate.
☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tab/24hrs
☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tab/24 hrs
☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs
☑ Activity as tolerated.
☑ Treatment given per RN Protocol: _he (?)_

**EDUCATION:**
Patient instructed in:  ☐ Use of medications
☑ Level of activity
☑ Patient Health Care Education Forms given to patient: (specify) _HTN, kidney stone, PRN mgmt_
☑ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or
☑ Patient verbalized understanding of instructions

**DISPOSITION:**
Time released _0955_  Mode: _amb_
☑ Condition on release: _stable_
☑ Returned to housing unit
☐ Housing reassignment to:
☑ Referred for follow-up
☑ Physician clinic  ☐ RN clinic
☐ Referred to higher level of care: (specify)

Person/time contacted:
Time/Mode of transfer:
ERV contacted (time)
ERV arrived (time)

_F. MANAIG, RN_
Signature / Title

# LABORATORY REPORT



## FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

| AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|
| 50 | 7/07/56 | M | T87891 | 1351644 |

**PATIENT NAME**
Newberry, Theodore

**PHYSICIAN**
EIKEEB, MD (CEN)

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 4/13/07 | 7:30 | 4/13/07 | 23:00 |

| REPORT DATE | REPORT TIME |
|---|---|
| 4/14/07 | 10:09 |

STATUS    FINAL    PAGE 2

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| BUN, SERUM | | 15.0 | mg/dL | 8-26 |
| CREATININE, SERU | (1.5 H) | | mg/dL | 0.7-1.2 |
| BUN CREA RATIO | | 10.0 | Ratio | 6.0-42.0 |
| TOTAL PROTEIN | | 7.3 | g/dL | 6.1-7.9 |
| ALBUMIN, SERUM | | 4.2 | g/dL | 3.5-4.8 |
| GLOBULIN | | 3.1 | | 1.8-5.0 |
| A/G RATIO | | 1.4 | Ratio | 0.9-1.9 |
| SGOT (AST) | | 19.0 | U/L | 15-41 |
| SGPT (ALT) | | 20.0 | U/L | 17-63 |
| ALK. PHOSPHATASE | | 52.0 | U/L | 38-126 |
| TOTAL BILIRUBIN | | 0.70 | mg/dL | 0.1-1.5 ADULT |

### LIPID STUDIES
TRIGLYCERIDES    320.0 H    mg/dL    <150

REFERENCE RANGES:
<150    NORMAL
150-199    BORDERLINE HIGH
200-499    HIGH

CHOLESTEROL, SR    171.0    mg/dL    <200

REFERENCE RANGES:
<200    DESIRABLE
200-239    BORDERLINE HIGH
> OR = 240    HIGH

HDL CHOLESTEROL    (25.8 L)    mg/dL    <40

REFERENCE RANGES:
<40    LOW
>40    DESIRABLE
> OR 60    NEGATIVE RISK FACTOR

LDL, SERUM (CALC)    81.2    U/L    <130

REFERENCE RANGES:
<100    OPTIMAL
100-129    NEAR/ABOVE OPTIMAL
130-159    BORDERLINE HIGH
160-189    HIGH

07 APR 17 6:59
RECEIVED
CSP - CENTINELA
LABORATORY

1718 West Holt Ave.  •  Pomona, CA 91768  •  (909) 623-9301  •  FAX (909) 623-9306    FORM

## LABORATORY REPORT



# FOUNDATION
# LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

| PATIENT NAME | | | | |
|---|---|---|---|---|
| Newberry, Theodore | | | | |

| AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|
| 50 | 7/07/56 | M | T87891 | 1351644 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 4/13/07 | 7:30 | 4/13/07 | 23:00 |

| REPORT DATE | REPORT TIME |
|---|---|
| 4/14/07 | 10:09 |

PHYSICIAN
EIKEEB,MD (CEN)

| STATUS | | PAGE |
|---|---|---|
| | FINAL | 3 |

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| | | >OR=190 | | VERY HIGH |
| VLDL | 64 H | | | 0-40 |
| CARDIAC RISK | | 3.15 | Ratio | 3.03-5.37 |
| CHOLESTEROL/HDL | 6.63 H | | | <5.60 |

Signature:_____

FORM

FAX (909) 623-9306

1630253

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | **HEALTH CARE SERVICES REQUEST FORM** | DEPARTMENT OF CORRECTIONS |
|---|---|---|

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME *NewbeRRy* | CDC NUMBER *T-87891* | HOUSING *D-1-206 u* |
|---|---|---|
| PATIENT SIGNATURE *Ted Newberry* | | DATE *4-16-07* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I Need to Get some meds Refilled And my BAck shoulder Hert me everyday And fer the last 5 DAys my lower stomache HAs Been HeRting me its veRRy Annoying          Thank You*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: *4/19/7   5930* | Reviewed by: |

S:                                          Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:    T:        P:        R:        BP:            WEIGHT: *273*

A:

P:    ☑ **See Nursing Encounter Form**

E:

| APPOINTMENT<br>SCHEDULED AS: | EMERGENCY ☐<br>(IMMEDIATELY) | URGENT ☐<br>(WITHIN 24 HOURS) | ROUTINE ☐<br>(WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY<br> F. MANAIG RN | NAME OF INSTITUTION CENTINELA STATE<br>PRISON |
| PRINT / STAMP NAME<br> F. MANAIG RN | SIGNATURE / TITLE | DATE/TIME COMPLETED<br>*4/19/7 1745* |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EX. A, pg. 32

California Department of Corrections

Health Care Service Division

**Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Inst: _CEN_

N: _Newberry, Theodore_ CDC# _J87881_ DOB: _7/7/56_ Date/Time _4/19/7_ _1330_

**OBJECTIVE:**
*Fill in the blanks and check all that apply*

Chief Complaint: _back, shoulder pain_

Date and time of onset: _for years, hurt (and recently)_ _4/13_

Pain: Scale of 0-10 (0=no pain 10=worst pain): _6/10_

Area of pain: _① shoulder_

Quality of pain: _sharp_

What makes it better? _heat_

History of prior pain / duration: _hx Ac reproduction (R shoulder)_

Precipitating Events: _no_

☑ Low back pain   ☐ Flank pain

Urinary symptoms: ☐ Urinary frequency   ☑ Dysuria

☐ Burning on urination   ☐ Hematuria

☐ Muscle spasms   ☐ Numbness   ☐ Tingling

Other: _____

History of chronic illness: ☐ Arthritis   ☐ Cancer

☐ Diabetes ☐ Blood dyscrasias   ☐ Renal Disease

Other: _HTN_

History of: ☐ Fever   ☐ Chills ☐ Headache

☐ Nausea/Vomiting ☐ Diarrhea ☐ Fatigue

☐ Recent Trauma   ☐ Other: _____

Allergies: _No_

Current medications: _see MAR_

**SUBJECTIVE:**

Awake, alert, oriented to person, place, time

Vital signs: BP: _13/79_ Pulse: _60_ Resp: _18_

Temp: _97.8_   ☐ Urine dipstick

Urinalysis: _____

Assess areas involved:

Extremity: ☑ Upper ☐ Lower ☐ Right ☑ Left

Describe: Color: ⓝ

☐ Warmth   ☐ Tenderness   ☐ Swelling

☐ Deformity ☑ Circulation ☑ Sensation

☑ ROM Describe: _(+) lumbar flexion a_

_(+) elevation and to ① while upper rotation_

Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness

☐ Tremors

Gait / Stance (describe): _c motor / sensory def_

_R medial lat - R flex inferior to bridge_

**ASSESSMENT:**

☐ Impaired physical mobility related to: _____

☑ Pain related to / evidenced: _① c/o complaint_

**PLAN:**

MD referral completed: (circle)   NO / YES   If yes:

☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness  with or without fever; warm or acutely swollen, joints)

☐ Urgent   ☑ Routine

Physician notified (name / time) _Collinsworth / 1035_

Physician Responded (time) _VO_

**MUSCLE CRAMPS / EXTREMITY PAIN**

☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr

☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24hrs

☐ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist;  not to exceed 3 tab/24hr

☐ Activity as tolerated.

**JOINT PAIN / LOW BACK PAIN**

☐ Apply (circle one) ice or heat as appropriate.

☐ Acetaminophen 325mg 2 tabs PO  Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tabs/24hrs

☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24 hrs

☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs

☑ Activity as tolerated.

☑ Treatment given per RN Protocol: _Ibc (hs)_

**EDUCATION:**

Patient instructed in: ☑ Use of medications

☑ Level of activity

☑ Patient Health Care Education Forms given to patient: (specify) _back pain_

☑ Resubmit a Health Care Service Request Form (CDC 7362) if increased swelling or pain; decreased ROM or CSM; or _____

☑ Patient verbalized understanding of instructions

**DISPOSITION:**

Time released _1945_   Mode: _amb._

☑ Condition on release: _stable_

☐ Returned to housing unit

☐ Housing reassignment to: _____

☑ Referred for follow-up

☑ Physician clinic   ☐ RN clinic

☐ Referred to higher level of care: (specify) _____

Person/time contacted: _____

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV  arrived (time) _____

_F Manais_, RN

Signature / Title

# LABORATORY REPORT



# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

| PATIENT NAME | | | | |
|---|---|---|---|---|
| Newberry, Theodore | | | | |

| AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|
| 50 | 7/07/56 | M | T87891 | 1422830 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 6/08/07 | 8:21 | 6/08/07 | 23:00 |

| REPORTED | REPORT TIME |
|---|---|
| 6/09/07 | 11:28 |

PHYSICIAN
CARRENO, NP (CEN)

STATUS   FINAL     PAGE

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D1 206U | | | | |
| NON-FASTING | | | | |
| CHEMISTRY | | | | |
| BUN, SERUM | | 18.0 | mg/dL | 8-26 |
| CREATININE, SERU | | 1.1 | mg/dL | 0.7-1.2 |
| BUN CREA RATIO | | 16.4 | Ratio | 6.0-42.0 |

NONY MERCADO
CNA
CENTINELA STATE PRISON

07 JUN 11 PM12:40

RECEIVED
CSP - CENTINELA
LABORATORY

Signature: 06-11-07

EX. A, pg. 34

FAX (909) 623-9306

FORM 1

DEPARTMENT OF CORRECTIONS                                                          STATE OF CALIFORNIA

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

| NAME: NEWBERRY, THEODONE   DOB: 07/07/1956 | NUMBER T87891 | INSTITUTION CEN |
|---|---|---|

NAME OF HOSPITAL, CLINIC, OFFICE, OR OTHER PLACE RECOMMENDED

Pioneer's Hospital    207 West Legion Rd.    Brawley, Ca    (760) 351-3333              RADIOLOGY

### REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

**UM#  06/07-29-OP-4149**

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

RETROGRADE STUDIES

**APPOINTMENT:**    06/13/2007                        Referred by:    Khatri, Sat Dave, MD
                          13:00  Hrs.

NATURE AND IMMEDIACY OF SERVICE: MANDATORY, EMERGENCY, OR ELECTIVE
  (a) WHY CAN THE PROCEDURE NOT BE DONE INTRAMURALLY?
      SERVICES NOT AVAILABLE AT CENTINELA

(b) IF ELECTIVE, ARE FUNDS EARMARKED FOR THIS PURPOSE AVAILABLE?

ESTIMATED TIME AWAY FROM INSTITUTION (NOT MORE THAN 3 DAYS)
3-4 HOURS

ESTIMATED COST

REMARKS:                                                      TRANSPORTATION:  Custody Trans / State Veh.

| SIGNATURE OF CHIEF MEDICAL OFFICER  N. Barreras, M.D., Chief Medical Officer | DATE 6/5/2007 1:40:35 PM |
|---|---|

### CUSTODIAL STATUS (STATEMENT OF ASSOCIATE SUPERINTENDENT-CORRECTIONAL INSTITUTION)

| OFFENSE | COMMITTED FROM | DATE RECEIVED |
|---|---|---|
| TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION (CHECK ONE) [ ]MAXIMUM  [ ] MEDIUM  [ ] MINIMUM |
| CONDUCT DURING INCARCERATION | | ESCAPE RISK |

REMARKS

| SIGNATURE OF ASSOCIATE SUPERINTENDENT-CORRECTIONAL INSTITUTION | DATE |
|---|---|

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF THE ABOVE-NAMED FROM THE INSTITUTION IN WHICH HE IS NOT CONFINED IN ORDER THAT HE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE NAMED RECOMMENDATIONS.

SPECIAL CONDITIONS:

| SIGNATURE OF WARDEN/SUPERINTENDENT | DATE |
|---|---|

CDC 7252 (Rev. 9/77)

EX. A, pg. 35

| DATE | TIME | |
|------|------|---|
| 6/13/0 | 1255 | OTM for ® kidney Retrograde Pyelography. VS. 149/100 - 97 %, 111 20 - 98° - NPO OK — @Sabin |
| 6/13 | 1800 | Returned from PMH. No acute distress US 98° 149/97 97%, 16-88 - Report Not Available @ this time. — @John |

**INTERDISCIPLINARY PROGRESS NOTES**

INSTITUTION                    HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CDC# T87891

NEWBERRY, THEODORE

07-07-56    M

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

EX. A, pg. 36



**PIONEERS MEMORIAL**
*Healthcare District*

207 West Legion Rd. Brawley, CA 92227　Phone: 706-351-3281　Fax: 760-344-5325

RADIOLOGY REPORT

T87891
CDC, TWFWNZ C　　　　SEX: M　　DOB: 07/07/1956　　AGE: 50　　ROOM: OPD
Newberry, T.

MR#: 320587　ACCT#: 100678432　EXAM DATE: 06/13/07　VID#: 00480093　VT: OP
X-RAY #:
　DRS NASARI/CEN BARRERAS

P O BOX 731
2302 BROWN ROAD
IMPERIAL, CA 92251
(760)337-7900

REASON FOR EXAM:
========================================================================

INDICATION: Kidney stones.

RETROGRADE URETHROGRAM:

COMMENT: Using a 14 French Foley catheter with the balloon blown up in the fossa navicularis of the penis, a retrograde urethrogram was performed under sterile technique. Nonionic contrast was injected through the Foley catheter outline a normal male posterior and anterior urethra. No stricture or extravasation is identified.

IMPRESSION: NORMAL MALE ANTERIOR AND POSTERIOR URETHRA.

========================================================================
PAGE: 1

TMC/JMR　　　　　　READ BY: THOMAS M COPE, M.D.
V: 06/13/07 14:29　RELEASED BY: THOMAS M COPE, M.D.
T: 06/13/07 18:34
C: 06/14/07 07:53

CPT CODES
EXAM#1 CPT: 74450　EXAM#2 CPT:　EXAM#3 CPT:　EXAM#4 CPT:
EXAM#5 CPT:　EXAM#6 CPT:　EXAM#7 CPT:　EXAM#8 CPT:

EX. A, pg. 37

| DATE | TIME |
|------|------|

6/18/07  MARS am Hee

Renl Angio  Excismaysr

OK  Dr Ko

DTC

6/19/07

**CENTINELA STATE PRISON**
**UROLOGY CLINIC**

x64 yrs

50 yo ♂ c̄ hx of ® renal lithiasis + has passed 4 stones. Pense Renal Stone 2wks. H states he has a large ® renal stone c̄ ® flank pain. Hx/ GC x2 Rx c̄ Abx 5̄ complications. No recent renal x-ray - No other hx of GU dz. Denies LUTS

PMH

Allergies - Procardia  Surgery - ® thoracotomy

ROS - NCPI

P.E. Abd  No CVA tenderness. No flank mass
No hernias

Genitalia - Normal uncirc. Male
Scotty testicl. H mass

Rectal - Sedene

Plan: 1) CT Urogram c̄ + s̄ contrast, BUN
2) Possible EHL of ® renal stone - Labs

[signature] W U Bluorely M

I/P seen in urology clinic today.
72 hr Ð urogram initiated.  J Sarbaich

**INTERDISCIPLINARY PROGRESS NOTES**

INSTITUTION

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

NEWBERRY, THEODORE

T 87891

7/07/1956

## LABORATORY REPORT

# FOUNDATION LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

| | | | |
|---|---|---|---|
| AGE 50 | DOB 7/07/56 | SEX M | ID NO. T87891 | ACCESSION NO. 1454286 |

**PATIENT NAME**
Newberry, T87891

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME |
|---|---|---|---|
| 7/03/07 | 9:45 | 7/03/07 | 23:00 |

| REPORT DATE | REPORT TIME |
|---|---|
| 7/05/07 | 13:49 |

PHYSICIAN
MOSLEY, MD (CEN)

STATUS   FINAL

PAGE 1

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D-206 | | | | |
| URINALYSIS | | | | |
| COLOR | | Yellow | | Straw-Yellow |
| APPEARANCE | | Clear | | |
| PH | 7.50 H | | | 5.0-7.0 |
| SPECIFIC GRAVITY | | 1.006 | | 1.002-1.030 |
| URINE GLUCOSE | | Negative | mg/dL | Negative |
| URINE KETONES | | Negative | | Negative |
| URINE BLOOD | 1+ | | | Negative |
| URINE PROTEIN | | Negative | | Negative |
| URINE BILIRUBIN | | Negative | | Negative |
| LEUKOESTERASE | Trace | | | Negative |
| NITRITE | | Negative | | Negative |
| UROBILINOGEN | | Negative | | Negative |
| | | | | |
| URINE MICROSCOPY | | | | |
| WBC | 3-5 | | /HPF | 0-3 |
| URINE RBC | 10-20 | | /HPF | 0-3 |
| EPITHELIAL CELLS | | Occ | /HPF | |
| CASTS | | None | /LPF | None |
| HYALINE CASTS | | None | /HPF | None |
| CRYSTALS | | None | | None |
| URINE YEASTS | | None | /HPF | None |
| URINE BACTERIA | | Occ | /HPF | None |
| | | | | |
| BACTERIOLOGY | | | | |
| | | | | |
| URINE CULTURE | | | FINAL REPORT | |
| 25,000 COL/ML MIXED FLORA | | | | |

Signature: _____

FORM 1

## LABORATORY REPORT



# FOUNDATION
# LABORATORY

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CENTINELA STATE PRISON
2302 BROWN ROAD
IMPERIAL, CA 92251

| PATIENT NAME: Newberry, Theodore | AGE 51 | DOB 7/07/56 | SEX M | ID NO. T87891 | ACCESSION NO. 1459140 |
|---|---|---|---|---|---|

| DRAWN DATE 7/09/07 | DRAWN TIME 7:30 | RECEIVED DATE 7/09/07 | RECEIVED TIME 23:00 | PHYSICIAN MOSLEY,MD(CEN) | | |
|---|---|---|---|---|---|---|
| REPORT DATE 7/10/07 | REPORT TIME 12:14 | | | STATUS | FINAL | PAGE 1 |

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D1-206 | | | | |
| CHEMISTRY | | | | |
| BUN, SERUM | | 19.0 | mg/dL | 8-26 |
| CREATININE, SERU |  1.5 H | | mg/dL | 0.7-1.2 |
| BUN CREA RATIO | | 12.7 | Ratio | 6.0-42.0 |

NONY MERCADO
CNA
CENTINELA STATE PRISON

Signature: _____

93602 ̈

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECT,

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |

NAME _Newberry_    CDC NUMBER _T-87891_    HOUSING _D-1-206_

PATIENT SIGNATURE _Ted Newberry_    DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _I think i have another uti i have a bad pain in my lower belly could i please see a Doctor doctor asp. also i need to refill some of my meds thank you_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: |
| Date / Time Reviewed by RN: | 6/28/7  0900 | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: 97.8  P: 95  R: 18  BP: 116/75  WEIGHT: 238

A:

P: — redirected to MD re: ↑ triglycerides = 665
☐ See Nursing Encounter Form  — IV cannot take Lopid

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |

REFERRED TO PCP:                    DATE OF APPOINTMENT:

COMPLETED BY _F Manag_    NAME OF INSTITUTION _CCW_

PRINT / STAMP NAME _F Manag_    SIGNATURE / TITLE    DATE/TIME COMPLETED _6/29/7  0900_

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

EX. A, pg. 41

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 8/3/2007 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | | | c/o add pain schedule to UTI. Bactrim last time resolved SXS. c/o recurrent UTI 2° kidney stone (R) |
| | | | **O:** (physical assessment) T:   P:   R:   B/P:   Wt: |
| | | | W: RTC eye CTAB add soft NTP ☉ CVA? |
| | | | last u/A & C+S (P) |
| | | | u/A (P) |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | ①Recurrent UTI 2° chronic kidney stone ②Renal insuffic stable (RIS) ③COPD stable |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | See order |
| | | | |
| | | | **E:** (education provided) |
| | | | MDI usage |

| INSTITUTION  Centinela State Prison | ROOM / WING  FDB1T2000000206U |
|---|---|
| OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES | CDC NUMBER, NAME, (LAST, FIRST, MI) |
| | T87891 |
| | NEWBERRY, THEODORE |
| | 7/7/1956 |

CDC 7254 (8/89)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Newberry, T | CDC NUMBER T 87891 |
|---|---|
| INSTITUTION Centuela | HOUSING D1-206 u |
| TYPE OF TEST Chem | DATE OF TEST 8/31/2007 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☐ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☑ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time. *Keep Scheduled Appt*

_Michael A. Fraze, MD_
PRINTED NAME / TITLE

_____                                        9/5/2007
PRIMARY CARE PROVIDER SIGNATURE                                   DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

---

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Newberry | CDC NUMBER T 87891 |
|---|---|
| INSTITUTION CEN | HOUSING D1-206 u |
| TYPE OF TEST 9/25/7 | DATE OF TEST 9/25/7 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time. 2-4 wk

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time. _J Emdur_

PRINTED NAME / TITLE

_____                                        9/28/7
PRIMARY CARE PROVIDER SIGNATURE                                   DATE

EX. A, pg. 43

**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME NEWBERRY | CDC NUMBER T-87-811 |
|---|---|
| INSTITUTION | HOUSING D1-206 |
| TYPE OF TEST Blood Chemistry | DATE OF TEST |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[✓] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____
PRINTED NAME / TITLE

_____                    _____
PRIMARY CARE PROVIDER SIGNATURE                          DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

---

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Newberry | CDC NUMBER T-87-871 |
|---|---|
| INSTITUTION Centinela | HOUSING D1-206 |
| TYPE OF TEST IVP | DATE OF TEST 10-15-07 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[ ] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[✓] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____
PRINTED NAME / TITLE

_____                    10-20-07
PRIMARY CARE PROVIDER SIGNATURE                          DATE

EX. A, pg. 44

**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Newberry | CDC NUMBER T57891 |
|---|---|
| INSTITUTION | HOUSING D1-206 u |
| TYPE OF TEST Blood | DATE OF TEST 10/30/07 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[X] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____ Ko, MD _____
PRINTED NAME / TITLE

_____ STK _____
PRIMARY CARE PROVIDER SIGNATURE        11 05 07
DATE

ORIGINAL - File in UHR     CANARY - Scheduler     PINK - Patient

---

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Newberry, T..... | CDC NUMBER T 51-91 |
|---|---|
| INSTITUTION Centinela C.F. | HOUSING D1-206 |
| TYPE OF TEST Chem | DATE OF TEST 10 6 1 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[ ] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[F] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____ TITU... _____
PRINTED NAME / TITLE

_____ _____
PRIMARY CARE PROVIDER SIGNATURE        DATE

ORIGINAL - File in UHR     CANARY - Scheduler     PINK - Patient

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 7393 (11/02)

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME *Newberry* | CDC NUMBER *T-82-891* |
|---|---|
| INSTITUTION *Centinela* | HOUSING *D1-206 u* |
| TYPE OF TEST *Blood* | DATE OF TEST *11-16-07* |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____
NAME / TITLE

_____          _____
PHYSICIAN SIGNATURE                              DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

---

STATE OF CALIFORNIA                                   DEPARTMENT OF CORRECTIONS AND REHABILITATION
## NOTIFICATION OF DIAGNOSTIC TEST RESULTS
CDCR 7393 (Rev. 03/07)

| NAME *Newberry* | CDC NUMBER *T87891* |
|---|---|
| INSTITUTION *CEN* | HOUSING *D1-206 u* |
| TYPE OF TEST *Blood* | DATE OF TEST *11/1/07* |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____
PRINTED NAME / TITLE

_____          _____
PRIMARY CARE PROVIDER SIGNATURE                 DATE

EX. A, pg. 46

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME | CDC NUMBER |
|---|---|
| Newberry, T | ~~T-87891~~ |
| INSTITUTION | HOUSING |
| Cen | D1-206u |
| TYPE OF TEST | DATE OF TEST |
| Total Protein Fraction | 11/23/07 |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☑ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

M. Feate /ow\
NAME / TITLE

PHYSICIAN SIGNATURE

12/6/07
DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

---

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME | CDC NUMBER |
|---|---|
| NEWBERRY    THEODORE | T-87-891 |
| INSTITUTION | HOUSING |
| Centinela | D1-206u |
| TYPE OF TEST | DATE OF TEST |
| Blood | 01/09/0? |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is **required.**

☑ **You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.**

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating **your** appointment time.

NAME / TITLE

PHYSICIAN SIGNATURE

01-10-08
DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

H3 - CC

STATE OF CALIFORNIA
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME | CDC NUMBER |
|---|---|
| *Newberry Theodore C* | *T-57-891* |
| INSTITUTION | HOUSING |
| *Centinela* | *D1-706 U* |
| TYPE OF TEST | DATE OF TEST |
| *Blood* | *01-17-08* |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☑ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE

_____
PRIMARY CARE PROVIDER SIGNATURE

*01-17-08*
DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

*118 -56*

EX. A, pg. 48

# EXHIBIT B

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:

In re:     Theodore Newberry, T87891
           Centinela State Prison
           P.O. Box 731
           Imperial, CA 92251-0731

        IAB Case No.: 0709325          Local Log No.: CEN-07-00672

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner V. O'Shaughnessy. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that he is not receiving adequate medical treatment at Centinela State Prison (CEN) for kidney stones. The appellant states that he has had large kidney stones in his right kidney for approximately five to six years. Since being diagnosed, the CEN medical staff have done nothing except prescribe Ibuprofen for the severe pain and medical staff have advised him to try and not take very much of the Ibuprofen so that it does not damage his stomach. The appellant claims he has lost 40% of his kidney function, been treated for kidney infection multiple times, and often tests positive for blood in his urine. When in extreme pain and passing kidney stones, clinical staff tells him that pain is good and his requests for pain medication are ignored or denied. The appellant is requesting monetary compensation for the state's medical negligence.

**II    SECOND LEVEL'S DECISION:** The reviewer found that the appellant was seen by the outside contracted urologist, Dr. Mosely, on June 19, 2007. A urogram was ordered and is pending scheduling according to CEN's established medical services protocol. When the results are available, a licensed CDCR clinician will review them to determine if further treatment is medically indicated and if so, will be arranged. Licensed CDCR health care staff determines inmate medical services according to medical assessment and diagnostic testing data. Inmates are not permitted to dictate their own course of treatment, nor appeal anticipated actions. The appellant is receiving medical services for his urologic condition as indicated by his attending clinicians. It is not within the jurisdiction of the appeals process to grant a monetary award. The appeal was denied at the Second Level of Review (SLR) on September 4, 2007.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

  **A.    FINDINGS:** The Director's Level of Review reviewed the appellant's appeal complaint, the SLR response and contacted the CEN medical staff for further information. On November 28, 2007, C. Cook, Health Care Appeals Coordinator, reported that the urogram was completed on October 15, 2007 and was abnormal. The appellant was seen by Dr. Tetteh on October 21, 2007; a routine nephrology and ultrasound were both ordered and are pending. The appellant's issues on appeal are being addressed by the institution. As stated in the SLR, the appellant's request for monetary compensation is beyond the scope of the appeals process. No modification to the SLR is warranted.

  **B.    BASIS FOR THE DECISION:**
  California Code of Regulations, Title 15, Section: 3350, 3354

  **C.    ORDER:** No changes or modifications are required by the Institution.

58

THEODORE NEWBERRY, T87891
CASE NO. 0709325
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, CEN
        Health Care Manager, CEN
        Appeals Coordinator, CEN
        Medical Appeals Analyst, CEN

59

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)        07-403

Location: Institution/Parole Region        Log No.                    Category

1. CEN-D                                   1. DA-1072                  3

2. _____             2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Newberry, T. | T-87891 | P.M. Porter | D1-206 |

A: Describe Problem: On or about the date of, 2-11-05, appellant arrived at Centinela State Prison, and since that time, appellant has ben denied the right to adequate medical attention/treatment, 3350.(b)4.5, Estelle v. Gamble(1976) 429 U.S. 96[97 S.Ct. 285; 50 L.Ed 2d 25.] Hutchinson v. United States(9th Cir.1988) 838 F.2d 390, 394. In particular, appellant has had large kidney stones in his right kidney for approximately 5-6 year's, and since being diognosed, the medical staff have done nothing except prescribe Ibuprofen for the severe pain and in the interim of taking the medicine, they advise appellant to take as

If you need more space, attach one additional sheet.

B. Action Requested: It is not within the authority of the institution to grant monatary damages, therefore bypass the necessary institutional levels, in that appellant will be requesting compensatory, and punative damages due to medical staff's recklessness in adequately attending to appellants medical needs.

Inmate/Parolee Signature: _Ted Newberry_                    Date Submitted: 6-19-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BY-PASS

INMATE APPEALS BRANCH    RECEIVED    SEP 24 2007

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

BY-PASS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                    CDC Appeal Number: _____

07 JUL 12    07 AUG -7 AM 11:21    07 AUG 20 PM 3: 21    SEP -5 AM 11:28

INMATE APPEALS - CENTINELA    INMATE APPEALS - CENTINELA    INMATE APPEALS - CENTINELA    INMATE APPEALS - CENTINELA

EX. B, pg. 3

**Problem Continued:**

less as possible so that it does not damage the stomach.  As a
result of the inadequate care/treatment, I have lost 40% of kidney
function, treated for kidney infection multiple times, and often
test positive for blood in the urine.
     On several occasions, I have submitted medical request to be
placed on effective medication for the severe pain, in particular
the times when passing kidney stones, including the times when
the pain is so severe, I cannot walk or report for work assignment.
these request's were ignored, in fact, medical staff stated "some
times, pain is good".  The treatment not received, and the ina-
dequate treatment received, amounts to deliberate indifference, and
Cruel and Unusual Punishment, U.S. Const., 8th Amend., Estelle v.
Gamble (supra), Hutchinson v. United States (supra).  The last
time transported to an outside facility was on or about the date
or, 6-13-07, and approximately 8 months before that, and those
times were not for treatment of the severe pain, but for exam-
ination.


**Action Continued:**

Memphis Comm. School Dist. v. Starhura(1986) 477 U.S. 299, 308,
[106 S.Ct. 2537; 91 L.Ed 2d 249], these inadquate and reckless
actions also amounted to dliberate indifference, Smith v. Wade
(1983) 461 U.S. 30, 55-56 [75 L.ed 2d 632; 103 S.Ct. 1625]; Morgan
v Woessner(9th Cir.1993) 997 F.2d 1244, 1255.
     In conclusion, appellant request this appeal by pass the first
level, based on the deprivation of adequate mdecal attention has
and is resulting in serious/irriparable harm to appellant's health,
3084.7.

State of California                                                                        Department of Corrections and Rehabilitation

*Centinela State Prison/Imperial*

# Memorandum

APPEAL RESPONSE LEVEL:     FIRST

DATE:     August 7, 2007

TO:     NEWBERRY, THEODORE

CDC #:     T-87891

APPEAL LOG #:     CEN-D-07-00672

ISSUE APPEALED:     Medical – Disagreement with treatment

INTERVIEW:

You were interviewed on 7/19/07 by C. Cook, Health Care Appeals Coordinator, regarding your appeal issue.

PROBLEM DESCRIPTION / ACTION REQUESTED:

You are claiming you are not receiving adequate medical treatment for kidney stones and request monetary compensation for the state's medical negligence.

APPEAL RESPONSE:

Our outside contracted urologist, Dr. Mosely, saw you on 6/19/07 to address your concerns and a urogram has been ordered and is pending. You will be ducated for that diagnostic test according to our established medical services protocol. When the results are available they will be reviewed by a licensed CDCR clinician to determine an appropriate course of treatment. Your Health Record will be reviewed intermittently to ensure the service occurs as indicated.

It is not within the jurisdiction of the appeals process to grant a monetary award.

APPEAL DECISION:

Partially granted

C. COOK, AGPA
Health Care Appeals Coordinator
Centinela State Prison

D. KHATRI, M.D.
Chief Physician
Centinela State Prison

* CDC 1617 (3/89)

EX. B, pg. 6

62

State of California

Department of Corrections and Rehabilitation

*Centinela State Prison/Imperial*

# Memorandum

APPEAL RESPONSE LEVEL:     SECOND

DATE:                      September 4, 2007

TO:                        NEWBERRY, THEODORE

CDC #:                     T-87891

APPEAL LOG #:              CEN-D-07-00672

ISSUE APPEALED:            Medical – Disagreement with treatment

INTERVIEW:

Completed on 7/19/07 at the FIRST formal level.

PROBLEM DESCRIPTION / ACTION REQUESTED:

You are claiming you are not receiving adequate medical treatment for kidney stones and request monetary compensation for the states negligence.

APPEAL RESPONSE:

There are no changes the FIRST formal level response you were seen by the outside contracted urologist, Dr. Mosely on 6/19/07, a urogram has been ordered, is pending and will be scheduled according to our established medical services protocol. When the results are available a licensed CDCR clinician will review them to determine if further treatment is medically indicated and if so, will be arranged. Licensed CDCR health care staff determines inmate medical services according to medical assessment and diagnostic testing data. Inmates are not permitted to dictate their own course of treatment, nor appeal anticipated actions. You are receiving medical services for your urologic condition as indicated by your attending clinicians.

It is not within the jurisdiction of the appeals process to grant a monetary award.

APPEAL DECISION:

Partially granted

C. COOK, AGPA
Health Care Appeals Coordinator
Centinela State Prison

9/4

L. CALDERON, AW-HCS
Health Care Manager (A)
Centinela State Prison

63

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Theodore E. Newberry

2354   DEF 1883

FILING FEE PAID
Yes        No

IFP MOTION FILED
Yes        No

COPIES SENT TO
Court        Prose

**DEFENDANTS**

Barreras, et al

2008 MAR 24  PM 4: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Theodore E. Newberry
PO Box 931
Imperial, CA 92251
T-87891

**ATTORNEYS (IF KNOWN)**

'08 CV 0552 (L) PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE        Docket Number

DATE       March 24, 2008        ~~SIGNATURE OF ATTORNEY OF RECORD~~