1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  DAVID F. TAGLIENTI, State Bar No. 131622
   Deputy Attorney General
4   110 West A Street, Suite 1100
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone: (619) 645-2015
    Fax: (619) 645-2012
7   Email: David.Taglienti@doj.ca.gov

8  Attorneys for Defendants N. Barreras, M.D., and
   D. Kahtri, M.D.
9

10             IN THE UNITED STATES DISTRICT COURT

11             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| THEODORE E. NEWBERRY,<br><br>                    Plaintiff,<br><br>     v.<br><br>N. BARRERAS, M.D., D. KAHTRI, M.D., et al.,<br><br>                    Defendants. | Case No.: 08cv0552 L (PCL)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>Date:  August 22, 2008<br>Time:  1:00 p.m.<br>Judge: Peter C. Lewis, United States<br>           Magistrate Judge<br><br>NO ORAL ARGUMENT REQUIRED |

22  TO PLAINTIFF, THEODORE E. NEWBERRY, *IN PRO SE*:

23          PLEASE TAKE NOTICE that on August 22, 2008, at 1:00 p.m., or as soon

24  thereafter as counsel may be heard, in the above-entitled court, located at 2003 W. Adams Ave.,

25  Suite 220, El Centro, California, before the Honorable Peter C. Lewis, United States Magistrate

26  Judge, Defendants N. Barreras, M.D., and D. Kahtri, M.D., will move this Court for an order

27  dismissing the complaint on the grounds the complaint fails to state a claim upon which relief

28  can be granted against these moving Defendants.  Fed. R. Civ. P. 12(b)(6).

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and on such oral and documentary evidence as shall be introduced at the time of the hearing, if any, on the motion, and on all papers and pleadings on file herein.

## MOTION TO DISMISS

COME NOW Defendants N. Barreras, M.D., and D. Kahtri, M.D., and move this Court, pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint on the grounds that neither Defendant, on the facts alleged in the complaint, acted with deliberate indifference to Plaintiff's serious medical needs within the meaning of the Eighth Amendment to the United States Constitution.

WHEREFORE, these moving Defendants pray as follows:

1. That the complaint be dismissed in its entirety without prejudice as to these moving Defendants;

2. That Plaintiff be ordered to take nothing from these moving Defendants;

3. That judgment be entered in favor of these moving Defendants; and

4. That these moving Defendants be awarded costs of suit and attorneys' fees incurred herein.

Dated: July 8, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

KRISTIN G. HOGUE
Supervising Deputy Attorney General


/s/ David Taglienti
DAVID F. TAGLIENTI
Deputy Attorney General

Attorneys for Defendants N. Barreras, M.D., and D. Kahtri, M.D.