# CERTIFICATE OF SERVICE BY U.S. MAIL

Court Name: **U.S.D.C., Southern District**
Case Name: **Newberry v. Barreras**
Case No.: **08-CV-0552-L (PLC)**

I, the undersigned, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 8, 2008</u>, I served the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**

I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Theodore E. Newberry
CDCR #T87891
Centinela State Prison
P.O. Box 931
Imperial, CA 92251
In Pro Se

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Theodore E. Newberry
CDCR #T87891

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 8, 2008, at San Diego, California.

Tammy Larson
Declarant

*/s/ Tammy Larson*
Signature

SD2008801283
80257578.wpd