UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEWBERRY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**BARRERAS ET AL.,**<br><br>　　　　　　　　　　Defendants. | CASE NO. 08cv552 L (PCL)<br><br>**ORDER TO SHOW CAUSE** |

　　On July 8, 2008, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. 9.) Plaintiff was given until August 13, 2008 to file an opposition to Defendants' motion; however, as of the date of this Order, no opposition has been filed.

　　Accordingly, the Court ORDERS Plaintiff to file a declaration no later than September 26, 2008, showing cause why he has not complied with this Court's deadline. In the declaration, Plaintiff should explain why his failure to file an opposition to the Motion to Dismiss should not constitute a consent to the granting of the Motion pursuant to local civil rule 7.1(f)(3)(c).

　　IT IS SO ORDERED.

　　　DATED: August 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Peter C. Lewis
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

cc: The Honorable Lorenz
　　　All Parties and Counsel of Record